CYRUS E. FRANK, ESQ. - #59374
LAW OFFICES OF CYRUS E. FRANK
41 Hemway Terrace
San Francisco, CA 94117
Telephone: (415) 221-3000
Facsimile: (415) 221-3011

Attorney for Plaintiff
HENRIETTE KILDANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTE KILDANI,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1-10, inclusive,<br><br>    Defendants. | Case No. C-08-05531 JL<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

IT IS STIPULATED by and between the parties hereto that the Case Management Conference currently set for Wednesday, July 15, 2009, at 10:30 a.m., is continued to Wednesday, September 9, 2009, at 10:30 a.m., for reasons relating to difficulties with the scheduling of the mediation, postponement of the Plaintiff's deposition, and difficulties in obtaining the Plaintiff's medical records.

Dated: May 29, 2009

_____
CYRUS E. FRANK
Attorney for Plaintiff

Dated: 6/1/09

_____
GAIL C. TRABISH
Boornazian Jensen & Garthe
Attorney for Defendant

STIPULATION AND ORDER CONTINUING C.M.C.   1

IT IS SO ORDERED.

_____
JAMES LARSON

Chief Magistrate Judge